# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILIP LIONTI,

    *Plaintiff*,

v.

DIPNA, INC., *et al.*,

    *Defendants*.

CIVIL ACTION
NO. 17-01678

## **ORDER**

**AND NOW**, this 27th day of June, 2017, upon consideration of Defendants' unopposed Motion to Dismiss for Lack of Jurisdiction, (ECF No. 2):

1. The Court finds that it lacks personal jurisdiction over Defendants;

2. The Court finds that a transfer pursuant to 28 U.S.C. § 1631 is in the interest of justice and hereby **ORDERS** that the case shall be transferred to the District of Delaware.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.