IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PHILIP LIONTI,** | |
| **Plaintiff,** | C.A. No.: 1:17-cv-01058 |
| v. | |
| **DIPNA, INC., et al.** | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through the undersigned counsel, that this matter is hereby dismissed without prejudice.

| | |
|---|---|
| */s/ Steven F. Mones* | */s/ James J. Meehan, III* |
| Steven F. Mones, Esq. (#2611) | James J. Meehan, III, Esq. (#5513) |
| Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP | Shelsby & Leoni |
| 919 North Market Street | 221 Main Street |
| Suite 200 | Wilmington, DE 19804 |
| Wilmington, DE 19801 | (302) 995-6210 |
| (302) 351-2285 | *Attorney for Plaintiff* |
| *Attorney for Defendants* | |

SO ORDERED this _____ day of _____, 2017

_____
JUDGE